# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2009

Marilyn Kelly,
Chief Justice

138810 & (24)(25)(26)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                    SC: 138810
                                      COA: 288081
ROUMMEL JEROME INGRAM,               Macomb CC: 2005-004843-FC
     Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the March 10, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to withdraw plea, the motion for remand to the trial court, and the motion for appointment of counsel are DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2009                                          
                                                Clerk

s1019